UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RICARDO PINEDA,**

    Plaintiff,

v.                          Case No: 5:20-cv-291-Oc-30PRL

**DISNEY WORLDWIDE SERVICES, INC. and CIGNA BEHAVIORAL HEALTH, INC.,**

    Defendants.

## ORDER

Before the Court is the parties' joint motion to conduct the case management conference telephonically. (Doc. 10). Upon due consideration, the parties' motion is **GRANTED**. If the parties fail to reach an agreement on the matters telephonically, they should expect that the Court will schedule an in-person hearing to resolve any disputes.

**DONE** and **ORDERED** in Ocala, Florida on August 28, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties